HENRY R. PIERSON, as Receiver, etc., Appellant, *v.* RICHARD A. McCURDY, Respondent.

(Argued June 10, 1885; decided October 6, 1885.)

THIS action was brought to recover certain moneys which the complaint alleged defendant received from the officers of the company of which plaintiff is receiver, and which defendant had unlawfully applied and used in the purchase of the stock of another insurance company.

The transaction complained of occurred in October, 1871; the action was commenced in 1879. Among other things the statute of limitations was pleaded as a defense.

The case was decided here upon the ground that the statute was a bar.

*B. F. Tracy* for appellant.

*John E. Develin* for respondent.

*Per Curiam mem.* for affirmance.

All concur.

Judgment affirmed.